```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

IN RE:   TONYA R. TATE,            {   CHAPTER 13
                                   {
                                   {
         DEBTOR(S)                 {   CASE NO. A14-72160PWB
                                   {
                                   {   JUDGE    BONAPFEL
```

**OBJECTION TO CONFIRMATION**

  COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

  1. The Debtor(s)' payment under the proposed plan are not current.

  2. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

  3. The Debtor(s) has failed to provide adequate notice to DeKalb County Tax Commissioner, in violation of 11 U.S.C. Section 342.

  4. The Chapter 13 budget fails to include expenses for car insurance and lease payments to Acceptance; thereby, possibly rendering the proposed Chapter 13 plan payment to be infeasible, in violation of 11 U.S.C. Section 1325(a)(6).

  5. Schedule G fails to reflect the Debtor(s)' executory contract with Acceptance.

  6. The Chapter 13 plan fails to provide for the assumption and funding or rejection of executory contract owed to Acceptance in violation of 11 U.S.C. Section 365(b)(1)(C).

  7. The Chapter 13 petition fails to include a debt owed to Richard and Annie Williams, in violation of Bankruptcy Rule 1007(a)(1) and 11 U.S.C. Section 1325(a)(3).

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
eds@atlch13tt.com

8.  The Chapter 13 Plan fails to provide the correct collateral for the claim of Georgia Auto Pawn, Inc., preventing the Trustee from properly administering this plan.

9.  The proposed plan fails to provide for the treatment of Harbour Portfolio VI, LP.  However, said creditor has filed a secured/priority claim; specifically, the creditor filed a secured arrearage claim.

10.  The proposed plan fails to provide for the treatment of Internal Revenue Service.  However, said creditor has filed a priority claim.

11.  Pursuant to information received from the Internal Revenue Service, 2008-2013 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

12.  The payout of the claim(s) owed to Auto Plaza, Inc. will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

December 24, 2014

          /s/
K. Edward Safir, Attorney
for Chapter 13  Trustee
GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
eds@atlch13tt.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

TONYA R. TATE
4407 CARROLLWOOD DR
STONE MOUNTAIN, GA 30083

ATTORNEY FOR DEBTOR(S):

MICHAEL R. RETHINGER, ESQ
72 SPRING STREET, SW
ATLANTA, GA 30303

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 24th day of December, 2014

_____/s_____
K. Edward Safir, Attorney
for Chapter 13 Trustee
GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
eds@atlch13tt.com